# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SA CV 17-560 PA (AJW) | Date | April 13, 2017 |
|---|---|---|---|
| Title | Roya Tabarzad v. Sephora USA, Inc., et al. | | |

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**           IN CHAMBERS — COURT ORDER

On March 30, 2017, the Court issued an order provisionally remanding this action to Orange County Superior Court as a result of procedural defects in the Notice of Removal. In its March 30, 2017 Order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by April 6, 2017, if she objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the March 30, 2017 Order, this action is remanded to Orange County Superior Court, Case No. 30-2016-00869348-CU-CR-CJC.

IT IS SO ORDERED.